UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

| | |
|---|---|
| **KEVIN HARTWELL** and <br> **BARBARA HARTWELL** <br><br> Plaintiffs, <br> vs. <br><br> **SOUTHWEST CORRECTIONAL MEDICAL GROUP, PLLC,** <br> **DOUGLAS COUNTY** <br> **SHERIFF TONY SPURLOCK,** in his individual and official capacity, <br> **CAPTAIN KEVIN DUFFY,** in his individual and official capacity, <br> **TIMOTHY G. MOSER, MD,** in his individual and official capacity, <br> **KATHRYN DAVIDSON, LPN,** in her individual and official capacity, <br> **SOPHIA NIX, LPN,** in her individual and official capacity, **DAISHA WADE, LPN,** in her individual and official capacity, <br> **STEPHANIE RUSSAK, RN, CHARGE NURSE,** in her individual and official capacity <br> **JESSICA ISAACS, RN,** in her individual and official capacity, **DEIMYS VIGIL, RN,** in her individual and official capacity. <br><br> Defendants. | Civil Action No.: **1:17-cv-02278** |

**WAIVER OF THE SERVICE OF SUMMONS**

**TO:** *Galen Trine-McMahan*

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two (2) copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 09/26/17, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 09/29/2017

_____
(Signature of the attorney for Southwest Correctional Medical Group, PLLC)

Ann B. Smith
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
(719) 578-5504 (fax)
vnd@vaughandemuro.com (e-mail)