IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02278-RBJ

KEVIN HARTWELL and
BARBARA HARTWELL,

      Plaintiffs,

v.

SOUTHWEST CORRECTIONAL MEDICAL GROUP, PLLC,
DOUGLAS COUNTY,
SHERIFF TONY SPURLOCK, in his individual and official capacity,
CAPTAIN KEVIN DUFFY, in his individual and official capacity,
TIMOTHY G. MOSER, MD, in his individual and official capacity,
KATHRYN DAVIDSON, LPN, in her individual and official capacity,
SOPHIA NIX, LPN, in her individual and official capacity,
DAISHA WADE, LPN, in her individual and official capacity,
STEPHANIE RUSSAK, RN, CHARGE NURSE, in her individual and official capacity,
JESSICA ISAACS, RN, in her individual and official capacity, and
DEIMYS VIGIL, RN, in her individual and official capacity,

      Defendants.

_____

## SCMG DEFENDANTS' ANSWER
_____

Defendants SOUTHWEST CORRECTIONAL MEDICAL GROUP, PLLC ("SCMG");

TIMOTHY G. MOSER, MD, in his individual and official capacity; KATHRYN DAVIDSON,

LPN, in her individual and official capacity; SOPHIA NIX, LPN, in her individual and official

capacity; DAISHA WADE, LPN, in her individual and official capacity; STEPHANIE

RUSSAK, RN, CHARGE NURSE, in her individual and official capacity; JESSICA ISAACS,

RN, in her individual and official capacity; and DEIMYS VIGIL, RN, in her individual and

official capacity (collectively, "SCMG Defendants") hereby submit their Answer to Plaintiffs' Complaint and Jury Demand (Doc. 1) (hereinafter "Complaint").   All allegations not specifically admitted below are denied.

## JURISDICTION

1.     With respect to the allegations set forth in paragraph 1 of Plaintiffs' Complaint, SCMG Defendants admit that such allegations are a statement of the statutes under which Plaintiffs bring their claims and otherwise deny the remaining allegations contained in paragraph 1.

2.     With respect to the allegations set forth in paragraph 2 of Plaintiffs' Complaint, SCMG Defendants admit that such allegations are a statement of the statutes under which Plaintiffs seek to have the Court exercise supplemental jurisdiction and otherwise deny the remaining allegations contained in paragraph 2.

## VENUE

3.     SCMG Defendants admit the allegations contained in paragraph 3 of Plaintiffs' Complaint.

## PARTIES

4.     Upon information and belief, SCMG Defendants admit the allegations contained in paragraph 4 of Plaintiffs' Complaint.

5.     Upon information and belief, SCMG Defendants admit the allegations contained in paragraph 5 of Plaintiffs' Complaint.

6.     SCMG Defendants admit the allegations contained in paragraph 6 of Plaintiffs' Complaint.

7.      SCMG Defendants admit the allegations contained in paragraph 7 of Plaintiffs' Complaint.

8.      SCMG Defendants admit the allegations contained in paragraph 8 of Plaintiffs' Complaint.

9.      SCMG Defendants assert that the allegations contained in paragraph 9 of Plaintiffs' Complaint are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

10.     With respect to the allegations contained in paragraph 10 of Plaintiffs' Complaint, SCMG Defendants admit that Dr. Moser and Defendant nurses were, at relevant times, employees of SCMG.  SCMG otherwise deny all remaining allegations contained in paragraph 10.

11.     SCMG Defendants assert that the allegations contained in paragraph 11 of Plaintiffs' Complaint are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

## FACTUAL ALLEGATIONS

12.     SCMG Defendants admit the allegations contained in paragraph 12 of Plaintiffs' Complaint.

13.     Upon information and belief, SCMG Defendants admit the allegations contained in paragraph 13 of Plaintiffs' Complaint.

14.     With respect to the allegations contained in paragraph 14 of Plaintiffs' Complaint, SWMG Defendants assert that Castle Rock Adventist Hospital records speak for themselves and otherwise deny the allegations contained in paragraph 14.

15.     With respect to the allegations contained in paragraph 15 of Plaintiffs' Complaint, SWMG Defendants assert that Dr. Drew Werner's records speak for themselves and otherwise deny the allegations contained in paragraph 15.

16.     SCMG Defendants are without knowledge as to the allegations contained in paragraph 16 of Plaintiffs' Complaint and therefore deny the same.

17.     With respect to the allegations contained in paragraph 17 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 17.

18.     With respect to the allegations contained in paragraph 18 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 18.

19.     With respect to the allegations contained in paragraph 19 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 19.

20.     With respect to the allegations contained in paragraph 20 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin

Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 20.

21.     With respect to the allegations contained in paragraph 21 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 21.

22.     With respect to the allegations contained in paragraph 22 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 22.

23.     With respect to the allegations contained in paragraph 23 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 23.

24.     With respect to the allegations contained in paragraph 24 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 24.

25.     With respect to the allegations contained in paragraph 25 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 25.

26.     The allegations contained in paragraph 26 of Plaintiff's Complaint contain expert opinions and conclusions and SCMG Defendants are unable to admit or deny the same.  To the extent an answer to such allegations is required, SCMG Defendants deny the same and otherwise deny all remaining allegations contained in paragraph 26.

27.     With respect to the allegations contained in paragraph 27 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 27.

28.     With respect to the allegations contained in paragraph 28 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records and mental health records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 28.

29.     With respect to the allegations contained in paragraph 29 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 29.

30.     With respect to the allegations contained in paragraph 30 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 30.

31.     With respect to the allegations contained in paragraph 31 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin

Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 31.

32.     SCMG Defendants deny the allegations contained in paragraph 32 of Plaintiffs' Complaint.

33.     With respect to the allegations contained in paragraph 33 of Plaintiffs' Complaint, SCMG Defendants assert that the subject National Commission on Correctional Health Care's Standards for Health Services in Jails speak for themselves and otherwise deny the allegations contained in paragraph 33.

34.     With respect to the allegations contained in paragraph 34 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 34.

35.     With respect to the allegations contained in paragraph 35 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 35.

36.     With respect to the allegations contained in paragraph 36 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 36.

37.     With respect to the allegations contained in paragraph 37 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin

Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 37.

38.    With respect to the allegations contained in paragraph 38 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 38.

39.    With respect to the allegations contained in paragraph 39 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 39.

40.    SCMG Defendants deny the allegations contained in paragraph 40 of Plaintiffs' Complaint.

41.    With respect to the allegations contained in paragraph 41 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 41.

42.    SCMG are without knowledge as to the allegations contained in paragraph 42 and therefore deny the same.

43.    With respect to the allegations contained in paragraph 43 of Plaintiffs' Complaint, SCMG Defendants assert that Plaintiff Kevin Hartwell's hospital records speak for themselves and otherwise deny the allegations contained in paragraph 43.

44.     SCMG Defendants are without knowledge as to the allegations contained in paragraph 44 of Plaintiffs' Complaint and therefore deny the same.

45.     With respect to the allegations contained in paragraph 45 of Plaintiffs' Complaint, SCMG Defendants deny that they did not provide medical records to the hospital.  SCMG Defendants are otherwise without knowledge as to the allegations contained in paragraph 45 and therefore deny the same.

46.     With respect to the allegations contained in paragraph 46 of Plaintiffs' Complaint, SCMG Defendants deny that they did not provide medical records to the hospital.  SCMG Defendants otherwise assert that Plaintiff Kevin Hartwell's hospital records speak for themselves and deny the remaining allegations contained in paragraph 46.

47.     With respect to the allegations contained in paragraph 47 of Plaintiffs' Complaint, SCMG Defendants deny that they did not provide medical records to the hospital.  SCMG Defendants otherwise assert that Plaintiff Kevin Hartwell's hospital records speak for themselves and deny the remaining allegations contained in paragraph 47.

48.     With respect to the allegations contained in paragraph 48 of Plaintiffs' Complaint, SCMG Defendants deny that they did not provide medical records to the hospital.  SCMG Defendants otherwise assert that Plaintiff Kevin Hartwell's hospital records speak for themselves and deny the remaining allegations contained in paragraph 48.

49.     With respect to the allegations contained in paragraph 49 of Plaintiffs' Complaint, SCMG Defendants assert that Plaintiff Kevin Hartwell's hospital records speak for themselves and otherwise deny the allegations contained in paragraph 49.

50.     With respect to the allegations contained in paragraph 50 of Plaintiffs' Complaint, SCMG Defendants assert that Plaintiff Kevin Hartwell's hospital records speak for themselves and otherwise deny the allegations contained in paragraph 50.

51.     With respect to the allegations contained in paragraph 51 of Plaintiffs' Complaint, SCMG Defendants assert that Plaintiff Kevin Hartwell's hospital records speak for themselves and otherwise deny the allegations contained in paragraph 51.

52.     SCMG Defendants are without knowledge as to the allegations contained in paragraph 52 of Plaintiffs' Complaint and therefore deny the same.

53.     SCMG Defendants are without knowledge as to the allegations contained in paragraph 53 of Plaintiffs' Complaint and therefore deny the same.

54.     The allegations contained in paragraph 54 of Plaintiff's Complaint contain expert opinions and conclusions to which SCMG Defendants are not required to respond at this time.  To the extent an answer to such allegations is required, SCMG Defendants deny the same and otherwise deny the remaining allegations contained in paragraph 54.

55.     With respect to the allegations contained in paragraph 55 of Plaintiffs' Complaint, SCMG Defendants assert that Plaintiff Kevin Hartwell's hospital records speak for themselves.  The allegations contained in paragraph 55 also contain expert opinions and conclusions to which SCMG Defendants are not required to respond at this time.  To

the extent an answer to such allegations is required, SCMG Defendants deny the same and otherwise deny the remaining allegations contained in paragraph 55.

56.     The allegations contained in paragraph 54 of Plaintiff's Complaint contain expert opinions and conclusions to which SCMG Defendants are not required to respond at this time.  To the extent an answer is required to such allegations, SCMG Defendants deny the same and otherwise deny all remaining allegations contained in paragraph 56.

57.     SCMG Defendants are without knowledge as to the allegations contained in paragraph 57 of Plaintiffs' Complaint and therefore deny the same.

58.     With respect to the allegations contained in paragraph 58 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations are primarily directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response to such allegations is deemed required, SCMG Defendants deny the same and otherwise deny the remaining allegations contained in paragraph 58.

59.     SCMG Defendants assert that the allegations contained in paragraph 59 of Plaintiffs' Complaint are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

60.     With respect to the allegations contained in paragraph 60 of Plaintiffs' Complaint, SCMG Defendants assert that American Correctional Association and National Commission on Correctional Health Care accreditation records speak for themselves and otherwise deny all remaining allegations contained in paragraph 60.

61.    SCMG Defendants assert that paragraph 61 of Plaintiffs' Complaint contains a statement of his damages to which a response is not required.  To the extent a response is required, SCMG Defendants are without knowledge as to Plaintiffs' damages and therefore deny the same.

## FIRST CLAIM FOR RELIEF

**(42 U.S.C. § 1983 claim under the 8th and 14th Amendments to the US Constitution against Defendants Moser, Davidson, Nix, Wade, Russak, Isaacs, and Vigil)**

62.    SCMG Defendants adopt their responses to the allegations contained in paragraphs 1 through 61 of Plaintiffs' Complaint as though fully set forth herein.

63.    The allegations contained in paragraph 63 of Plaintiff's Complaint contain legal conclusions to which SCMG Defendants are not required to respond.  To the extent an answer to such allegations is required, SCMG Defendants deny the same and otherwise deny the remaining allegations contained in paragraph 63.

64.    With respect to the allegations contained in paragraph 64 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations contain expert and legal conclusions to which SCMG Defendants are not required to respond and also contain reference to a "Nurse Barron" who is not a named Defendant in this matter.  To the extent a response to such allegations is required, SCMG Defendants deny the same and otherwise deny the remaining allegations contained in paragraph 64.

65.    With respect to the allegations contained in paragraph 65 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations contain expert and legal conclusions to which SCMG Defendants are not required to respond.  To the extent a

response to such allegations is required, SCMG Defendants deny the same and otherwise deny the remaining allegations contained in paragraph 65.

66.     SCMG Defendants deny the allegations contained in paragraph 66 of Plaintiffs' Complaint.

67.     With respect to the allegations contained in paragraph 67 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations contain expert and legal conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required, SCMG Defendants deny such allegations, and otherwise deny all remaining allegations contained in paragraph 67.

68.     With respect to the allegations contained in paragraph 68 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations contain expert and legal conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required, SCMG Defendants deny such allegations, and otherwise deny all remaining allegations contained in paragraph 68.

69.     SCMG Defendants deny the allegations contained in paragraph 69 of Plaintiffs' Complaint.

70.     With respect to the allegations contained in paragraph 70 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations contain expert and legal conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required, SCMG Defendants deny such allegations, and otherwise deny all remaining allegations contained in paragraph 70.

71.     With respect to the allegations contained in paragraph 71 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations contain expert and legal conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required, SCMG Defendants deny such allegations, and otherwise deny all remaining allegations contained in paragraph 71.

72.     With respect to the allegations contained in paragraph 72 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations contain expert and legal conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required, SCMG Defendants deny such allegations, and otherwise deny all remaining allegations contained in paragraph 72.

73.     With respect to the allegations contained in paragraph 73 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations contain expert and legal conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required, SCMG Defendants deny such allegations, and otherwise deny all remaining allegations contained in paragraph 73.

74.     With respect to the allegations contained in paragraph 74 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations contain expert and legal conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required, SCMG Defendants deny such allegations, and otherwise deny all remaining allegations contained in paragraph 74.

75.     With respect to the allegations contained in paragraph 75 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations contain expert and legal

conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required, SCMG Defendants deny such allegations, and otherwise deny all remaining allegations contained in paragraph 75.

76.     With respect to the allegations contained in paragraph 76 of Plaintiffs' Complaint, SCMG Defendants assert that the medical records from Plaintiff Kevin Hartwell's incarceration speak for themselves and otherwise deny the allegations contained in paragraph 76.

77.     With respect to the allegations contained in paragraph 77 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations contain expert and legal conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required, SCMG Defendants deny such allegations, and otherwise deny all remaining allegations contained in paragraph 77.

78.     With respect to the allegations contained in paragraph 78 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations contain expert and legal conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required, SCMG Defendants deny such allegations, and otherwise deny all remaining allegations contained in paragraph 78.

79.     With respect to the allegations contained in paragraph 79 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations contain expert and legal conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required, SCMG Defendants deny such allegations, and otherwise deny all remaining allegations contained in paragraph 79.

80.     SCMG Defendants deny the allegations contained in paragraph 80 of Plaintiffs' Complaint.

81.     SCMG Defendants deny the allegations contained in paragraph 81 of Plaintiffs' Complaint.

## SECOND CLAIM FOR RELIEF

### (42 U.S.C. § 1983 Municipal Liability claim against Douglas County and SCMG)

82.     SCMG Defendants adopt their responses to the allegations contained in paragraphs 1 through 81 of Plaintiffs' Complaint as though fully set forth herein.

83.     To the extent the allegations contained in paragraph 83 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants assert that such allegations contain expert and legal conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required, SCMG Defendants deny such allegations, and otherwise deny all remaining allegations contained in paragraph 83.

84.     To the extent the allegations contained in paragraph 84 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 84 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

85.     SCMG Defendants assert that the allegations contained in paragraph 85 of Plaintiffs' Complaint are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

16

86.     SCMG Defendants assert that the allegations contained in paragraph 86 of Plaintiffs' Complaint are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

87.     SCMG Defendants assert that the allegations contained in paragraph 87 of Plaintiffs' Complaint are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

88.     To the extent the allegations contained in paragraph 88 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 88 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

89.     With respect to the allegations contained in paragraph 89 of Plaintiffs' Complaint, SCMG Defendants assert that it is unclear where the quoted language is taken from but assert that any such policies or contracted language speak for themselves, and otherwise deny the allegations contained in paragraph 89.

90.     To the extent the allegations contained in paragraph 90 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 90 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

91.     With respect to the allegations contained in paragraph 91 of Plaintiffs' Complaint, SCMG Defendants assert that any such Grand Jury proceedings speak for themselves, and otherwise deny the allegations contained in paragraph 91.

92.     To the extent the allegations contained in paragraph 92 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 92 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

93.     With respect to the allegations contained in paragraph 93 of Plaintiffs' Complaint, SCMG Defendants assert that such allegations legal conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required, SCMG Defendants deny such allegations, and otherwise deny all remaining allegations contained in paragraph 93.

94.     To the extent the allegations contained in paragraph 94 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 94 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

95.     To the extent the allegations contained in paragraph 95 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 95 are directed to other Defendants and that SCMG Defendants need not respond to the

same.  To the extent a response is deemed required, SCMG Defendants deny the same.

96.     To the extent the allegations contained in paragraph 96 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 96 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

97.     To the extent the allegations contained in paragraph 97 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 97 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

98.     To the extent the allegations contained in paragraph 98 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 98 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

99.     To the extent the allegations contained in paragraph 99 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 99 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

## **THIRD CLAIM FOR RELIEF**

### **(Conspiracy Pursuant to 42 U.S.C. § 1983 - Douglas County, Sheriff Spurlock, Captain Duffy, and SCMG)**

100.   SCMG Defendants adopt their responses to the allegations contained in paragraphs 1 through 99 of Plaintiffs' Complaint as though fully set forth herein.

101.   To the extent the allegations contained in paragraph 101 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 101 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

102.   To the extent the allegations contained in paragraph 102 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 102 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

103.   To the extent the allegations contained in paragraph 103 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 103. are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

104.   To the extent the allegations contained in paragraph 104 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same.

SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 104 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

105.   To the extent the allegations contained in paragraph 105 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 105 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

## FOURTH CLAIM FOR RELIEF

### (Exemplary damages pursuant to 42 U.S.C. § 1983 against all Defendants in their Individual Capacities)

106.   SCMG Defendants adopt their responses to the allegations contained in paragraphs 1 through 105 of Plaintiffs' Complaint as though fully set forth herein.

107.   To the extent the allegations contained in paragraph 107 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 107 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

108.   To the extent the allegations contained in paragraph 108 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 108 are directed to other Defendants and that SCMG Defendants need not respond to the

21

same.  To the extent a response is deemed required, SCMG Defendants deny the same.

## FIFTH CLAIM FOR RELIEF

### (Attorney's fees pursuant to 42 U.S.C. § 1988 against all Defendants)

109.   SCMG Defendants adopt their responses to the allegations contained in paragraphs 1 through 108 of Plaintiffs' Complaint as though fully set forth herein.

110.   To the extent the allegations contained in paragraph 110 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 110 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

## SIXTH CLAIM FOR RELIEF

### (Premises Liability Act - Douglas County and SCMG)

111.   SCMG Defendants adopt their responses to the allegations contained in paragraphs 1 through 110 of Plaintiffs' Complaint as though fully set forth herein.

112.   SCMG Defendants assert that the allegations contained in paragraph 112 of Plaintiffs' Complaint contain legal conclusions to which SCMG Defendants are not required to respond.  To the extent a response is required to such allegations is required, SCMG Defendants deny the same and otherwise deny the remaining allegations contained in paragraph 112.

113.   SCMG Defendants assert that the allegations contained in paragraph 113 of Plaintiffs' Complaint contain legal conclusions to which SCMG Defendants are not required

to respond.  To the extent a response is required to such allegations is required, SCMG Defendants deny the same and otherwise deny the remaining allegations contained in paragraph 113.

114.   To the extent the allegations contained in paragraph 114 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 114 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

115.   To the extent the allegations contained in paragraph 115 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 115 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

## SEVENTH CLAIM FOR RELIEF

### (Negligence - Dr. Moser)

116.   SCMG Defendants adopt their responses to the allegations contained in paragraphs 1 through 115 of Plaintiffs' Complaint as though fully set forth herein.

117.   SCMG Defendants deny the allegations contained in paragraph 117 (including sub paragraphs a. through n.) of Plaintiffs' Complaint.

118.   SCMG Defendants deny the allegations contained in paragraph 118 of Plaintiffs' Complaint.

119.    SCMG Defendants assert that the allegations contained in paragraph 119 of Plaintiffs' Complaint is a reservation of rights to which SCMG Defendants need not respond.  To the extent a response is required, SCMG Defendants deny the same.

## EIGHTH CLAIM FOR RELIEF

### (Negligence - SCMG and Douglas County)

120.    SCMG Defendants adopt their responses to the allegations contained in paragraphs 1 through 119 of Plaintiffs' Complaint as though fully set forth herein.

121.    To the extent the allegations contained in paragraph 121 (including sub paragraphs a. through d.) of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 121 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

122.    To the extent the allegations contained in paragraph 122 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 122 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

123.    To the extent the allegations contained in paragraph 123 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph

123 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

124.    To the extent the allegations contained in paragraph 124 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 124 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

125.    SCMG Defendants assert that the allegations contained in paragraph 125 of Plaintiffs' Complaint is a reservation of rights to which SCMG Defendants need not respond.  To the extent a response is required, SCMG Defendants deny the same.

## NINTH CLAIM FOR RELIEF

### (Civil Conspiracy Under Colorado State Law)

126.    SCMG Defendants adopt their responses to the allegations contained in paragraphs 1 through 125 of Plaintiffs' Complaint as though fully set forth herein.

127.    To the extent the allegations contained in paragraph 127 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 127 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

128.    To the extent the allegations contained in paragraph 128 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same.

SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 128 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

129.   To the extent the allegations contained in paragraph 129 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 129 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

## TENTH CLAIM FOR RELIEF

### (Loss of Consortium - Barbara Hartwell)

130.   SCMG Defendants adopt their responses to the allegations contained in paragraphs 1 through 129 of Plaintiffs' Complaint as though fully set forth herein.

131.   To the extent the allegations contained in paragraph 131 (including sub paragraphs a. through b.) of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same.  SCMG Defendants otherwise assert that the remaining allegations contained in paragraph 131 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

132.   To the extent the allegations contained in paragraph 132 of Plaintiffs' Complaint are directed against SCMG Defendants, SCMG Defendants deny the same. SCMG Defendants otherwise assert that the remaining allegations contained in paragraph

132 are directed to other Defendants and that SCMG Defendants need not respond to the same.  To the extent a response is deemed required, SCMG Defendants deny the same.

## PRAYER FOR RELIEF

SCMG Defendants deny all allegations contained in the "WHEREFORE" clause contained on page 33 of Plaintiffs's Complaint and deny that Plaintiffs are entitled to any relief in this matter.

## CERTIFICATE OF REVIEW

SCMG Defendants assert that the allegations set forth under the Certificate of Review section contained on page 34 of Plaintiffs's Complaint relate to Plaintiffs' Certificate of Review and do not require a response from SCMG Defendants.  To the extent a response is required, SCMG Defendants deny the same.

## DEFENSES AND AFFIRMATIVE DEFENSES

1.     SCMG Defendants allege that certain of Plaintiffs' claims fail to state a claim against them for which relief can be granted.

2.     SCMG Defendants allege that the sole proximate cause of the injuries and/or damages alleged were due to the negligence, intentional conduct, and/or fault of Plaintiffs or that their negligence, intentional conduct, and/or fault contributed to the same.  On a comparative basis, the negligence and/or fault of Plaintiffs far outweighs that of Defendants, whose negligence and/or fault is specifically denied.

3.     SCMG Defendants allege that Plaintiffs' injuries and damages, if any, were proximately caused by the conduct and/or fault of third-parties over whom Defendants had neither actual control nor right of control.

4.     SCMG Defendants allege that Plaintiffs have failed to reasonably mitigate their alleged damages.

5.     SCMG Defendants allege that Plaintiffs' damages, if any, are not to the extent and nature alleged.

6.     SCMG Defendants allege that the inmate policies made a subject of this matter serve a legitimate security and penological objective.

7.     SCMG Defendants allege that Plaintiffs' claims are barred as, at all times relevant to Plaintiffs' Complaint, individual SCMG Defendants did not violate a clearly established statutory or constitutional right of Plaintiff and, as a consequence, Plaintiffs' claims against Defendants are barred by the doctrines of official, good faith, and qualified immunity.

8.     SCMG Defendants allege that Plaintiffs' claims do not rise to the level of a constitutional violation.

9.     SCMG Defendants allege that Plaintiffs' claims are barred as they have failed to exhaust administrative remedies pursuant to C.R.S. § 13-17.5-102.3.

10.     SCMG Defendants allege that Plaintiffs' claims are barred or limited by the provisions of the Prison Litigation Reform Act, 42 U.S.C. § 1997(e) *et seq*.

11.     SCMG Defendants allege that Plaintiffs' claim for punitive or exemplary damages violates the Excessive Fines clause of the Eighth Amendment to the United States Constitution; the Due Process clause of the Fourteenth Amendment to the United States Constitution; the Equal Protection clause of the United States Constitution; and the Double Jeopardy clause of the Fifth Amendment to the United States Constitution.

12.     SCMG Defendants allege that they are entitled to the provisions of the Colorado Health Care Availability Act, C.R.S. § 13-64-101 *et seq*.

13.     SCMG Defendants allege that Plaintiffs' claims are barred or limited by the corporate practice of medicine doctrine.

14.     SCMG Defendants allege that Plaintiffs' damages, if any, may be the result of pre-existing medical conditions and/or not caused or aggravated by the actions or omissions of SCMG Defendants.

15.     SCMG Defendants allege that Plaintiffs' claims are barred or reduced pursuant to the provisions and terms of Colorado's Premises Liability Act, C.R.S. § 13-21-115, and other pertinent portions of Colorado's premises liability laws.

16.     SCMG Defendants allege that Plaintiffs' claims are barred on the grounds that SCMG Defendants had no prior notice, either actual or constructive, of the alleged hazard as set forth in the Complaint.

17.     SCMG Defendants allege that Plaintiffs' claims barred as SCMG is not a landowner within the meaning of Colorado's Premises Liability Act.

18.     SCMG Defendants allege that Plaintiffs' claims are barred or limited by C.R.S. § 13-20-602.

19.     SCMG Defendants allege that Plaintiffs' claims for punitive damages are barred or limited by the provisions of C.R.S. § 13-21-102.

20.     SCMG Defendants allege that Plaintiffs' claims for non-economic damages are barred or limited by the provisions of C.R.S. § 13-21-102.5.

21.     SCMG Defendants allege that Plaintiffs' claims are barred or limited by the

provisions of C.R.S. § 13-64-302.

22.     SCMG Defendants allege that Plaintiffs' claims for damages are subject to reduction based on compensation from another source and/or a collateral source pursuant to C.R.S. § 13-21-111.6.

23.     SCMG Defendants allege that Plaintiffs' claims are subject to reduction under the doctrine of set-off.

24.     SCMG Defendants hereby adopt by reference any and all defenses pled by other Defendants in this action.

25.     SCMG Defendants reserve the right to add or delete any defenses as determined appropriate through discovery.

WHEREFORE, having fully answered the allegations in Plaintiffs' Complaint, SCMG Defendants request that all of Plaintiffs' claims against them be dismissed, with prejudice, that they be awarded costs of defense, attorneys fees, and any such other and further relief as the Court deems just and proper.

## JURY DEMAND

SCMG Defendants request trial to a jury on all issues herein.

Respectfully submitted,

Date:  December 11, 2017            s/ Ann B. Smith
                                    Ann B. Smith
                                          VAUGHAN & DeMURO
                                          111 South Tejon, Suite 545
                                          Colorado Springs, CO 80903
                                          (719) 578-5500 (phone)
                                          (719) 578-5504 (fax)
                                          vnd@vaughandemuro.com (e-mail)
                                    ATTORNEY FOR SCMG DEFENDANTS

30

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Galen Trine-McMahan**
Galen@metierlaw.com

**Cheryl Trine**
ctrine@trinelaw.net

**Sean Kelly Dunnaway**
kdunnawa@douglas.co.us

**Dawn L. Johnson**
djohnson@douglas.co.us

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]

s/ Ann B. Smith
Ann B. Smith
    VAUGHAN & DeMURO
    111 South Tejon, Suite 545
    Colorado Springs, CO 80903
    719-578-5500 (phone)
    719-578-5504 (fax)
    vnd@vaughandemuro.com (e-mail)
ATTORNEY FOR SCMG DEFENDANTS